**Fill in this information to identify the case:**

Debtor 1: Gerard J Morelli

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 16-51527

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, et al.

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 7 3

**Date of payment change:** Must be at least 21 days after date of this notice: 11/01/2017

**New total payment:** Principal, interest, and escrow, if any: $ 574.18

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 193.40     New escrow payment: $ 230.09

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1  **Gerard      J       Morelli**               Case number *(if known)* 16-51527
          First Name  Middle Name  Last Name

| Part 4: | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Megan M. Lynch**                                 Date  10/04/2017
   Signature

Print:  **Megan        M.         Lynch**              Title  Bankruptcy Asset Manager
        First Name  Middle Name  Last Name

Company  SN Servicing Corporation

Address  323 5th Street
         Number      Street

         Eureka                          CA      95501
         City                            State   ZIP Code

Contact phone  800-603-0836                Email  bknotices@snsc.com

SN Servicing Corporation
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836

Analysis Date: September 29, 2017

GERARD J MORELLI
433 ROBINSCREST LN
MARYSVILLE OH 43040

Property Address:
433 ROBINS CREST LANE
MARYSVILLE, OH 43040

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Mar 2017 to Oct 2017. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2017: |
|---|---|---|
| Principal & Interest Pmt: | 344.09 | 344.09 ** |
| Escrow Payment: | 193.40 | 230.09 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $537.49 | $574.18 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 01, 2017 |
| Escrow Balance: | 324.69 |
| Anticipated Pmts to Escrow: | 193.40 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $518.09 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | 0.00 |
| Mar 2017 | | 193.40 | | | * | 0.00 | 193.40 |
| Mar 2017 | | 259.19 | | | * Escrow Only Payment | 0.00 | 452.59 |
| Mar 2017 | | 193.10 | | | * | 0.00 | 645.69 |
| May 2017 | | 193.40 | | | * | 0.00 | 839.09 |
| May 2017 | | 376.57 | | | * Escrow Only Payment | 0.00 | 1,215.66 |
| May 2017 | | | | 376.57 | * Escrow Disbursement | 0.00 | 839.09 |
| Jun 2017 | | 193.40 | | | * | 0.00 | 1,032.49 |
| Jun 2017 | | | | 1,288.00 | * County Tax | 0.00 | (255.51) |
| Jul 2017 | | 193.40 | | | * | 0.00 | (62.11) |
| Aug 2017 | | 193.40 | | | * | 0.00 | 131.29 |
| Sep 2017 | | 193.40 | | | * | 0.00 | 324.69 |
| | | | | | Anticipated Transactions | 0.00 | 324.69 |
| Oct 2017 | | 193.40 | | | | | 518.09 |
| | $0.00 | $2,182.66 | $0.00 | $1,664.57 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $0.00. Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 36 months.

Page 1

SN Servicing Corporation
For Inquiries: (800) 603-0836

Analysis Date: September 29, 2017

GERARD J MORELLI

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 518.09 | 1,073.30 |
| Nov 2017 | 214.67 | | | 732.76 | 1,287.97 |
| Dec 2017 | 214.67 | | | 947.43 | 1,502.64 |
| Jan 2018 | 214.67 | | | 1,162.10 | 1,717.31 |
| Feb 2018 | 214.67 | 1,288.00 | County Tax | 88.77 | 643.98 |
| Mar 2018 | 214.67 | | | 303.44 | 858.65 |
| Apr 2018 | 214.67 | | | 518.11 | 1,073.32 |
| May 2018 | 214.67 | | | 732.78 | 1,287.99 |
| Jun 2018 | 214.67 | | | 947.45 | 1,502.66 |
| Jul 2018 | 214.67 | 1,288.00 | County Tax | (125.88) | 429.33 |
| Aug 2018 | 214.67 | | | 88.79 | 644.00 |
| Sep 2018 | 214.67 | | | 303.46 | 858.67 |
| Oct 2018 | 214.67 | | | 518.13 | 1,073.34 |
| | $2,576.04 | $2,576.00 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $429.33. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $429.33 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $518.09. Your starting balance (escrow balance required) according to this analysis should be $1,073.30. This means you have a shortage of $555.21. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 36 months.

We anticipate the total of your coming year bills to be $2,576.00. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 2

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 214.67 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 15.42 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $230.09 |

Paying the shortage: If your shortage is paid in full, your new monthly payment will be $558.76 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF HUMBOLDT

I, Megan M. Lynch, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 323 Fifth Street, Eureka, California 95501.

On October 4th 2017, I served the within a NOTICE OF MORTGAGE PAYMENT CHANGE on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail at Eureka, California, addressed as follows:

**Gerard J Morelli**
433 Robins Crest Lane
Marysville, OH 43040

**Frank M Pees**
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

**Leann R Deeter**
Amourgis & Associates
4449 Easton Way, Suite 200
Columbus, OH 43219

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 4th 2017, at Eureka, California.

/s/ Megan M. Lynch
Megan M. Lynch